```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Joseph Leavitt

    v.                                                    Case No. 24-cv-134-JL-AJ

FCI Berlin

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 1, 2024.

                                                          _____
                                                          Joseph N. Laplante
                                                          United States District Judge

Date: July 15, 2024

cc:   Joshua Leavitt, pro se